**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
E-mail: swestcot@bursor.com

*Attorney for Plaintiff*

**VEDDER PRICE P.C.**
Marie Christiansen (State Bar No. 325352)
1925 Century Park E., Suite 1900
Los Angeles, CA 90067
Telephone: (424) 204-7769
E-mail: mchsitiansen@vedderprice.com

Blaine C. Kimrey (*pro hac vice*)
Bryan K. Clark (*pro hac vice*)
222 N. LaSalle St.
Chicago, IL 60601
Telephone: (312) 609-7865
          (312) 609-7810
E-mail: bkimrey@vedderprice.com
          bclark@vedderprice.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**KELLY CALZADA**, individually and on behalf of all others similarly situated,

                                        Plaintiff,

        v.

**ALLEGIANT TRAVEL COMPANY**,

                                        Defendant.

No. 2:24-CV-01402-DJC-DB

Judge: Hon. Daniel J. Calabretta

**JOINT STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE**

**STIPULATION**

WHEREAS, Plaintiff Kelly Calzada filed her Complaint against Defendant Allegiant Travel Company ("Allegiant") on or about May 16, 2024;

WHEREAS, Allegiant was served with the Summons and Complaint on or about May 21, 2024;

WHEREAS, Allegiant's deadline to respond to the Complaint was June 11, 2024;

WHEREAS, counsel for Plaintiff and Defendant met and conferred and agreed that the interests of justice would be served by granting Defendant a brief extension of time to June 25, 2024, to respond to Plaintiff's Complaint (ECF No. 5);

WHEREAS, this Court granted the Parties' Joint Stipulation for Defendant's brief extension of time to respond to Plaintiff's Complaint on June 7, 2024 (ECF No. 6);

WHEREAS, counsel for Defendant filed a Motion to Dismiss Plaintiff's Complaint on June 25, 2024 (ECF No. 12);

WHEREAS, Plaintiff's current deadline to respond to Defendant's Motion to Dismiss is July 9, 2024;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and agree that the interests of justice would be served by granting Plaintiff a brief extension of time to July 30, 2024, to respond to Defendant's Motion to Dismiss or otherwise amend his Complaint;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and agree that Defendant's deadline to file a Reply in Support of its Motion to Dismiss shall be August 26, 2024

WHEREAS, Defendant's Motion to Dismiss shall heard on October 10, 2024.

1    WHEREAS, this extension will not have any effect on any deadline set by the Court

2  in this action;

3    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their

4  respective counsel, pursuant to Civil Local Rules 6-1(a) and 6-2, that Plaintiff's time to

5

6  respond to Defendant's Motion to Dismiss in the above-captioned action shall be extended

7  until July 30, 2024**.**  Defendant's Reply in Support of its Motion to Dismiss shall be August

8  26, 2024.  The hearing on Defendant's Motion to Dismiss shall be October 10, 2024.

9  Dated: July 27, 2024                          Respectfully submitted,

10                                                **BURSOR & FISHER, P.A**.

11                                                By: */s/ Sarah N. Westcot*
12                                                      Sarah N. Westcot

13                                                Sarah N. Westcot (State Bar No. 264916)
14                                                701 Brickell Ave., Suite 1420
                                                  Miami, FL 33131
15                                                Telephone: (305) 330-5512
                                                  Facsimile: (305) 679-9006
16                                                E-mail: swestcot@bursor.com

17                                                *Attorneys for Plaintiff*

18

19

20

21

22

23

24

25

26

27

28

Dated: July 27, 2024

**VEDDER PRICE P.C.**

By: */s/ Blaine C. Kimrey (as authorized 6/27/24)*
     Blaine C. Kimrey

Blaine C. Kimrey (*pro hac vice*)
Bryan K. Clark (*pro hac vice*)
222 N. LaSalle St.
Chicago, IL 60601
Telephone: (312) 609-7500
E-mail: bkimrey@vedderprice.com
       bclark@vedderprice.com

Marie Christiansen
1925 Century Park E., Suite 1900
Los Angeles, CA 90067
Telephone: (424) 204-7769
E-mail: mchsitiansen@vedderprice.com

*Attorneys for Defendant*

**ORDER**

Having reviewed the parties' stipulation and good cause appearing, IT IS ORDERED:

Plaintiff's time to respond to Defendant's Motion to Dismiss in the above-captioned action shall be extended until **July 30, 2024.**  Defendant's Reply in Support of its Motion to Dismiss shall be **August 26, 2024**.  The hearing on Defendant's Motion to Dismiss shall be **October 10, 2024**.


**IT IS SO ORDERED.**


Dated:  June 28, 2024                                      /s/ Daniel J. Calabretta
                                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                                          UNITED STATES DISTRICT JUDGE