**BURSOR & FISHER, P.A.**
Sarah N. Westcot (State Bar No. 264916)
701 Brickell Ave., Suite 1420
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
E-mail: swestcot@bursor.com

*Attorney for Plaintiff*

**VEDDER PRICE P.C.**
Marie Christiansen (State Bar No. 325352)
1925 Century Park E., Suite 1900
Los Angeles, CA 90067
Telephone: (424) 204-7769
E-mail: mchristiansen@vedderprice.com

Blaine C. Kimrey (*pro hac vice*)
Bryan K. Clark (*pro hac vice*)
222 N. LaSalle St.
Chicago, IL 60601
Telephone: (312) 609-7865
              (312) 609-7810
E-mail: bkimrey@vedderprice.com
           bclark@vedderprice.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CALZADA, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>ALLEGIANT TRAVEL COMPANY,<br><br>Defendant. | Case No. 2:24-cv-01402-DJC-DB<br><br>Judge Daniel J. Calabretta<br><br>**STIPULATION TO STAY PENDING MEDIATION** |

Plaintiff Kelly Calzada ("Plaintiff") and defendant Allegiant Travel Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff filed her Complaint against Defendant on May 16, 2024.  Dkt. 1.

2. Defendant timely filed its Motion to Dismiss ("Motion") on June 25, 2024. Dkt. 12.  The Motion is fully briefed.

3. The Motion is currently set for hearing on October 17, 2024 at 1:30 p.m.  Dkt. 19.

4. No other deadlines have been set by the Court.

5. The Parties have agreed to take this case to private mediation in hopes of reaching a potential resolution at an early stage, before expending additional resources on motion practice and discovery.  The parties are exchanging availability and selecting a mediation date no later than January 2025, and expect to have the date finalized shortly.

6. The Parties agree that staying this case pending mediation will conserve judicial resources, minimize costs and fees, and allow the Parties to direct their resources to preparing for and participating in mediation.  The Parties further agree that a brief stay pending mediation will not result in unreasonable delay.

7. Accordingly, the Parties believe there is good cause to stay this case pending the mediation.

WHEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES AS FOLLOWS:

This case shall be stayed pending the Parties' private mediation.  The hearing set for October 17, 2024 at 1:30 p.m. shall be taken off calendar, subject to rescheduling if the mediation is unsuccessful. The Parties shall file a status report within fourteen (14) days of the conclusion of the mediation, informing the Court of resolution status and/or setting forth a proposed hearing date for Defendant's Motion to Dismiss (Dkt. 12).

**IT IS SO STIPULATED.**

Dated: September 20, 2024

Respectfully submitted,

**BURSOR & FISHER, P.A**.

By: */s/ Sarah N. Westcot*

Sarah N. Westcot

Sarah N. Westcot (State Bar No. 264916)
Stephen A. Beck*
701 Brickell Ave., Suite 2100
Miami, FL 33131
Telephone: (305) 330-5512
Facsimile: (305) 679-9006
E-mail: swestcot@bursor.com
            sbeck@bursor.com

*Attorneys for Plaintiff*

*\* Pro Hac Vice Forthcoming*

Dated: September 20, 2024

**VEDDER PRICE P.C.**

By: */s/ Blaine C. Kimrey*_____

Blaine C. Kimrey

Blaine C. Kimrey (*pro hac vice*)
Bryan K. Clark (*pro hac vice*)
222 N. LaSalle St.
Chicago, IL 60601
Telephone: (312) 609-7500
E-mail: bkimrey@vedderprice.com
            bclark@vedderprice.com

Marie Christiansen
1925 Century Park E., Suite 1900
Los Angeles, CA 90067
Telephone: (424) 204-7769
E-mail: mchristiansen@vedderprice.com

*Attorneys for Defendant*

**ORDER**

Having reviewed the parties' stipulation and good cause appearing, IT IS ORDERED:

This case shall be stayed pending the Parties' private mediation. The hearing set for October 17, 2024 at 1:30 p.m. shall be taken off calendar, subject to rescheduling if the mediation is unsuccessful. The Parties shall file a status report within fourteen (14) days of the conclusion of the mediation, informing the Court of resolution status and/or setting forth a proposed hearing date for Defendant's Motion to Dismiss (Dkt. 12).

**IT IS SO ORDERED.**

Dated: September 23, 2024          /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE